UNDER SEAL



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:19-CR-71 |
| ) | |
| v. ) | Count 1: 18 U.S.C. § 922(g)(1) |
| ) | (Felon in Possession of a Firearm) |
| BRIAN THOMAS REYNOLDS, ) | |
| also known as "Tom Sanders," ) | Count 2: 18 U.S.C. § 1001 |
| ) | (False Statements) |
| Defendant. ) | |
| ) | Forfeiture Notice |

## INDICTMENT

March 2019 Term - at Alexandria, Virginia

## COUNT 1

(Felon in Possession of a Firearm)

THE GRAND JURY CHARGES THAT:

On or about June 21, 2017, at Leesburg, in the Eastern District of Virginia,

BRIAN THOMAS REYNOLDS,
also known as "Tom Sanders,"

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce firearms and ammunition, namely:

(a)  an HS Products XDS .45 cal. pistol, bearing serial number XS680272;

(b)  a Remington Model 1911 R1, .45 Cal. pistol, bearing serial number RH47968A;

(c)  a Ruger LCP .380 cal. pistol, bearing serial number 376-55390;

(d)  a FNH FNS-9, 9mm pistol, bearing serial number GKU0010164;

(e)  a Cobra ENT of Utah Inc. Model CA-380, .380 Cal. pistol, bearing serial number CP079594;

(f)  a Smith & Wesson M&P 15-22 Rifle, bearing serial number HBT2842;

(g)  a Devil Dog Arms carbine model DDA-15B, bearing serial number B00019;

(h)  a Mossberg Maverick Model 88, 12 Gauge shot gun, bearing serial number MV72623S;

(i)  rounds of .45 caliber ammunition;

(j)  rounds of .380 caliber ammunition;

(k)  rounds of 5.56x45 caliber ammunition;

(l)  rounds of 9 mm ammunition; and

(m)  rounds of .22 caliber ammunition;

all of which firearms and ammunition previously had traveled in interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## **COUNT 2**

(False Statements)

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 21, 2017, at Sterling, within the Eastern District of Virginia,

> BRIAN THOMAS REYNOLDS,
> also known as "Tom Sanders,"

defendant herein, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, namely, falsely asserting to the FBI that, since being released from prison on a prior federal conviction, he had never shot, carried, owned, bought, or sold a firearm.

(In violation of Title 18, United States Code, Section 1001(a)(2).)

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT THE PROPERTY DESCRIBED BELOW IS SUBJECT TO FORFEITURE:

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the defendant BRIAN THOMAS REYNOLDS, also known as "Tom Sanders," is hereby notified that, if convicted of an offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the offense.

The property to be forfeited includes, but is not limited to:

(a) an HS Products XDS .45 cal. pistol, bearing serial number XS680272;

(b) a Remington Model 1911 R1, .45 Cal. pistol, bearing serial number RH47968A;

(c) a Ruger LCP .380 cal. pistol, bearing serial number 376-55390;

(d) a FNH FNS-9, 9mm pistol, bearing serial number GKU0010164;

(e) a Cobra ENT of Utah Inc. Model CA-380, .380 Cal. pistol, bearing serial number CP079594;

(f) a Smith & Wesson M&P 15-22 Rifle, bearing serial number HBT2842;

(g) a Devil Dog Arms carbine model DDA-15B, bearing serial number B00019;

(h) a Mossberg Maverick Model 88, 12 Gauge shot gun, bearing serial number MV72623S;

(i) rounds of .45 caliber ammunition;

(j) rounds of .380 caliber ammunition;

(k) rounds of 5.56x45 caliber ammunition;

(l) rounds of 9 mm ammunition; and

(m) rounds of .22 caliber ammunition.

(In accordance with Title 18, United States Code, Section 924(d)(1); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.)

G. Zachary Terwilliger
United States Attorney

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

By: *(signature)*

Matthew Burke
Assistant United States Attorney
Russell L. Carlberg
Special Assistant United States Attorney

FOREPERSON OF THE GRAND JURY